IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER:

JULIE BOULWARE,

    Plaintiff,

vs.

THE FIRST LIBERTY INSURANCE CORPORATION,

    Defendant.
_____/

## COMPLAINT

**COMES NOW** the Plaintiff, JULIE BOULWARE, by and through their undersigned attorney, and sue the Defendant, THE FIRST LIBERTY INSURANCE CORPORATION, and allege as follows:

1. This is an action for breach of contract with damages more than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2. At all material times hereto, the Plaintiff, JULIE BOULWARE, (hereinafter "Plaintiff") was and is a resident of Florida.

3. At all material times hereto, Defendant, THE FIRST LIBERTY INSURANCE CORPORATION, was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Duval County, Florida.

4. Prior to January 3, 2022, Plaintiff sought and purchased homeowner's insurance from Defendant to cover the property located at 4666 Fredericksburg Avenue, Jacksonville, FL

32208 (hereinafter "Insured's Property"). Said property was insured under a policy of insurance issued by Defendant bearing policy number H36-258-114318-10. A complete copy of the Policy is not in Plaintiff's possession. However, Defendant has possession, custody and control of this policy and the policy will be provided through discovery.

5. The policy described above was in full force and effect as of January 3, 2022 and provided benefits for damage caused to the Insured's Property from a covered loss including, but not limited to, wind, rain, hail, and/or water damage.

6. On or about January 3, 2022, Insured's Property and dwelling at 4666 Fredericksburg Avenue, Jacksonville, FL 32208, was damaged by a windstorm event. Said event was covered under the Insured's Policy issued by Defendant to Insured and was assigned claim number 053308907-01.

7. As a result of the windstorm event described above, Plaintiff sustained severe roof and interior damage at the insured property.

8. This is an action related to Defendant's breach of contract and failure to pay Plaintiff for the repairs necessary to return the insured property to its pre-loss condition.

9. Plaintiff has complied with all duties after loss and pre-suit requirements by providing Defendant with a Notice of Intent to Initiate Litigation on July 25, 2023, through the Florida Department of Financial Services in compliance with Section 627.70152 Florida Statutes. *See* Notice of Intent to Initiate Litigation attached hereto as **Exhibit "A".**

10. Jurisdiction and venue of this matter are proper in Circuit Court for Duval County, Florida.

11. Plaintiff timely notified the Defendant of the loss and otherwise performed all conditions precedent to entitle Plaintiff to coverage and benefits under the policy or Defendant waived the conditions.

### COUNT I-BREACH OF CONTRACT AGAINST DEFENDANT

**COMES NOW** the Plaintiff, JULIE BOULWARE, by and through their undersigned attorney sue the Defendant, THE FIRST LIBERTY INSURANCE CORPORATION, and allege as follows:

12. The Plaintiff hereby repeats and re-alleges Paragraphs 1 through 11 above and incorporates the same by reference herein.

13. The Plaintiff is the named insured under the homeowner's insurance policy, and said policy was in full force and effect on the date of loss.

14. Despite demand for payment, Defendant has failed or refused to either: provide coverage, pay Plaintiff in full for repairs necessary to return the home to its pre-loss condition, issue payment for personal property or provide payment for alternative living expenses/loss of use.

15. Defendant's refusal to provide coverage or adequately reimburse Plaintiff, or otherwise make Plaintiff whole, constitutes a breach of contract.

16. Due to Defendant's breach of contract, Plaintiff has been damaged in the form of insurance proceeds which have not been paid, interest, costs, and attorney's fees.

17. Due to Defendant's breach of contract, Plaintiff had to retain the services of the undersigned attorney to initiate and prosecute this action. Plaintiff is obligated to pay their attorney a reasonable fee and costs for the services provided.

18. Plaintiff has been and remains fully prepared to comply with all of the obligations pursuant to the aforesaid contract of insurance.

19. Plaintiff is entitled to recover attorney's fees and costs under <u>Fla. Stat. §627.428</u>, §626.9373 and §57.041.

**WHEREFORE**, Plaintiff, JULIE BOULWARE, demands judgment against Defendant, THE FIRST LIBERTY INSURANCE CORPORATION, for all unpaid bills with interest on any overdue payments, costs, attorney fees pursuant to <u>Fla. Stat. § 627.428</u>, §626.9373, §57.041, and any other relief this Court deems just and proper.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of this document will be served on the Defendant along with a copy of the Summons in this action.

**Dated: August 23, 2023**

<u>/s/ Corey Justus</u>
Corey Justus Esq.
Fla. Bar No. 113864
**Payne Law, PLLC**
126 E. Jefferson Street
Orlando, FL 32801
Phone: (407) 915-5447
corey@thepaynelaw.com
Attorney for Plaintiff

## Property Insurance Notice of Intent to Initiate Litigation

| | |
|---|---|
| Notice Number: | **128939** |
| Notice Accepted: | **7/25/2023 9:01:37 AM** |

☑ **The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.**

### Claimant (Insured filing suit under a residential or commercial insurance policy)

| | |
|---|---|
| Name: | **Julie Boulware** |
| Street Address: | **4666 Fredericksburg Avenue** |
| City, State Zip: | **Jacksonville, FL 32208** |
| Email Address: | **jboulware1@outlook.com** |
| Policy Number: | **H36-258-114318-10** |
| Claim Number: | **053308907-01** |

### Attorney

| | |
|---|---|
| Name: | **Matthew Best** |
| Street Address: | **126 East Jefferson Street** |
| City, State Zip: | **Orlando, FL 32801** |
| Email Address: | **matt@thepaynelaw.com** |
| Florida Bar #: | **0123748** |
| Firm Name: | **Payne Law PLLC** |
| Role on Claim: | **Represent Insured** |

\* Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.



| Notice Details |
|---|
| Insurer Name: |
| **FIRST LIBERTY INSURANCE CORPORATION(THE) (33588)** |
| \* Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org, or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name. |
| The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission. |
| Alleged Acts or Omissions of the Insurer: |
| **The Insurer has completely denied this claim after incorrectly relying on adjuster and/or engineer inspections and reports. The Insured disagrees with the Insurer's denial of coverage. A copy of this Notice was provided to the Insured.** |
| This Notice is being provided following a denial of coverage. |
| Estimate of Damages:     $69,212.00 |

| Attachments |
|---|
| The following documents were included as part of this Notice. Please open this Notice online to review or download these documents.<br>1. Boulware - Estimate.pdf -<br>2. Boulware - Estimate 2.pdf - |