**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JULIE BOULWARE,**

    **Plaintiff,**

vs.                                                                       **CASE NO: 3:23-cv-01117-BLD-JBT**

**THE FIRST LIBERTY INSURANCE**
**CORPORATION,**

    **Defendant.**

_____/

**NOTICE OF SETTLEMENT OF THE PARTIES**

    **COME NOW,** JULIE BOULWARE, and THE FIRST LIBERTY INSURANCE CORPORATION, ("The Parties") respectively submit this Notice of Settlement by and through the undersigned counsel, and inform this Honorable Court as follows:

    1.    The parties in this matter have reached a settlement to resolve this action.

    2.    The parties are in the process of finalizing the Settlement Agreement and will be filing a Notice of Dismissal with the Court shortly.

    3.    The parties agree that any and all depositions scheduled shall be cancelled and any outstanding discovery is hereby waived.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of this document was electronically filed and provided to all counsel of record CM/ECF on this 22nd day of March, 2024.

*/s/ Craig D. Rolle*
Craig D. Rolle, Esq.
Florida Bar Number 72693
Payne Law, PLLC
126 East Jefferson Street
Orlando, Florida 32801
Phone: (407) 915-5447
Primary: craig@thepaynelaw.com
Secondary: ashleym@thepaynelaw.com
Tertiary: melissa@thepaynelaw.com
Attorney for Plaintiff